Wooster v. Simons.

---

### WOOSTER v. SIMONS.

The defendant cannot demur to the declaration, after having pleaded to issue.

THIS case was tried at the Court of Common Pleas, on the general issue, and a verdict for the plaintiff. The defendant

moved in arrest, because of the insufficiency of the declaration; which was overruled. The defendant then appealed; and before this court, moved for leave to demur to the declaration; which was denied by the court: Because, by statute, the defendant having pleaded to issue, and judgment thereon rendered, shall not demur.